# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LARA GRANT, | CASE NO: 5:15CV2133 |
| Plaintiff, | JUDGE DONALD NUGENT |
| v. | MAGISTRATE JUDGE NANCY A. VECCHIARELLI |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **Report & Recommendation** |

Plaintiff, Lara Grant ("Plaintiff"), challenges the final decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), denying her applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381 *et seq.* ("Act").  This Court has jurisdiction pursuant to 42 U.S.C. § 405(g). This case is before the undersigned United States Magistrate Judge pursuant to an automatic referral under Local Rule 72.2(b) for a Report and Recommendation.

On October 14, 2015, Plaintiff filed a Complaint and an Application to Proceed without Prepayment of Fees ("IFP Application").  (Doc. Nos. 1, 2.)  On October 27, 2015, the undersigned issued an Order denying Plaintiff's IFP Application.  (Doc. No. 4.)  In that Order, the Court stated that "Plaintiff shall, within 60 days of the date of this Order, file the required filing fee or show cause why she should be permitted to proceed IFP in this matter."  (*Id.* at 2.)  Plaintiff did not file an Objection to this Order.

On December 28, 2015, Plaintiff filed an Amended IFP Application.  (Doc. No. 5.) The next day, the Court denied Plaintiff's Amended IFP Application and ordered her to

file the required filing fee or show cause why she should be permitted to proceed IFP in this matter within 30 days of the date of the Order; i.e., by January 29, 2016. Again, Plaintiff did not object. Rather, on January 29, 2016, Plaintiff filed a motion for extension of time until February 5, 2016 to pay the filing fee. (Doc. No. 6.) The Court granted Plaintiff's motion.

Plaintiff failed to pay the required filing fee by February 5, 2016, or otherwise show cause why she should be permitted to proceed IFP. Accordingly, it is recommended that the instant action be dismissed without prejudice.


Date: February 10, 2016         s/ *Nancy A. Vecchiarelli*
                                NANCY A. VECCHIARELLI
                                U.S. Magistrate Judge


### OBJECTIONS

**Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of this notice. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).**